■ In the Matter of ABRAHAM HELLER, Appellant, v CHARLES J. HYNES,

as Deputy Attorney-General of the State of New York, et al., Respondents. In the Matter of BENJAMIN FISHOFF, Appellant, v CHARLES J. HYNES, as Deputy Attorney-General of the State of New York, et al., Respondents.—Orders, Supreme Court, New York County, entered September 23, 1975 and November 12, 1975, unanimously affirmed for the reasons stated with respect to *Matter of L & S Hosp. & Institutional Supplies Co. v Hynes* (51 AD2d 515), without costs and without disbursements. Concur—Stevens, P. J., Kupferman, Lupiano, Lane and Nunez, JJ.